CRONKHITE and Another *v.* WHITE.

APPEAL from the *Warren* Circuit Court.

*Per Curiam.*—Action by *White* against the appellants, to recover the value of one hundred bushels of corn.

Finding and judgment for the plaintiff.

The case is before us on the evidence, which is, in some respects, conflicting; but, taking the strongest view of it for the plaintiff, it fails to make out such a case as entitles him to recover.

The judgment below is reversed, with costs, and the cause remanded for another trial.

*Joseph H. Brown* and *James Park*, for the appellants.

*Gregory* and *Hooper*, for the appellee.